UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANKONA GRAHAM,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA, et al.,<br><br>   Defendants. | Case No. 2:24-cv-00790-ART-DJA<br><br>ORDER |

      Plaintiff Sankona Graham filed an emergency motion for injunctive relief, arguing that his life is in danger and seeking safe housing, among other things, if this case does not settle. (ECF No. 35). An Inmate Early Mediation Conference has been set in this matter for August 16, 2024. (ECF No. 30).

      It is therefore ordered that Interested Party Nevada Department of Corrections ("NDOC") has until August 23, 2024, to file a response to Graham's injunctive-relief motion (ECF No. 35). Graham will have seven days after the NDOC files its response to file his reply.

      Dated this 6th day of August 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1