UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANKONA GRAHAM,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>   Defendants. | Case No. 2:24-cv-00790-ART-DJA<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 35) |

*Pro se* Plaintiff Sankona Graham brings this action under 42 U.S.C. § 1983 to redress constitutional violations that he claims he suffered while incarcerated in the custody of the Nevada Department of Corrections ("NDOC"). Before the Court are Graham's emergency motion to for a preliminary injunction (ECF No. 35) and Defendants' motions to supplement their opposition to Graham's motion (ECF Nos. 56, 57).

On July 30, 2024, Graham filed an emergency motion for a preliminary injunction seeking a transfer from Ely State Prison ("ESP") to Lovelock Correctional Center based on concerns that his life was in danger at ESP. (ECF No. 35.) Since then, Graham has been transferred to High Desert State Prison ("HDSP") due to ESP's change in classification from maximum-security to medium-security and HDSP's corresponding designation as maximum-security. (ECF No. 56.) Because he is no longer incarcerated at ESP, Graham's motion is now moot. As such, Defendants' motions to supplement their opposition to Graham's motion are also moot.

//

//

//

It is therefore ordered that Plaintiff's motion for a preliminary injunction (ECF No. 35) is denied without prejudice.

It is further ordered that Defendants' motions to supplement their opposition (ECF Nos. 56, 57) are denied.

Dated this 16th day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2